IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12 CR 540 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| BYRON WILSON, aka "BJ," and | ) | |
| DARNELL WRIGHT, aka "COUNTRY" | ) | |

## CORRECTED STATEMENT OF THE CASE

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, submit the following statement of the case.

Count One of the Indictment charges defendant BYRON WILSON with possession with intent to distribute a controlled substance, namely marijuana. Count Two charges defendant BYRON WILSON with knowingly possessing a loaded Masterpiece Arms, semi-automatic MAC 11 pistol, bearing serial number F13667, which had traveled in interstate commerce prior to his possession, after previously having been convicted of a felony. Defendant BYRON WILSON has pleaded not guilty to these charges.

Count Three charges defendant DARNELL WRIGHT with knowingly possessing a loaded Glock .40 caliber pistol, bearing serial number MDP456, which had traveled in interstate commerce prior to his possession, after previously having been convicted of a felony. Defendant DARNELL WRIGHT has pleaded not guilty to the charge in Count Three of the Indictment.

Respectfully submitted,
ZACHARY T. FARDON
United States Attorney

By: /s/ *Maribel Fernandez-Harvath*
MARIBEL FERNANDEZ-HARVATH
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-4129