# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 12 CR 540 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Byron Wilson and ) | |
| Darnell Wright ) | |

## ORDER

Voir Dire begun. Jury selection concluded. Jury trial held on 5/11/2015 and continued to 5/12/2015 at 9:45 a.m.

Date: May 11, 2015        /s/ Chief Judge Ruben Castillo